HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Linda_allison@fd.org

Attorney for Defendant
BROCK M. DACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:18-po-00022-CKD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE** |
| v. | ) |
| BROCK M. DACE, | ) DATE: August 16, 2018<br>) TIME: 9:30 a.m. |
| Defendant. | ) JUDGE: Hon. Carolyn K. Delaney |

The Federal Public Defender's Office through Linda Allison, counsel for defendant Brock M. Dace, and the United States Attorney through its respective counsel Eric Chang, hereby stipulate to continue the status conferences scheduled for August 16, 2018 at 9:30 a.m. until October 18, 2018 at 9:30 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to Continue Status Conference

| | |
|---|---|
| 1 | Mr. Dace requires further time to review discovery, conduct investigation on the facts of |
| 2 | the case, and consult with counsel.  The parties agree that October 18, 2018 represents the best |
| 3 | date for a status conference. |

Respectfully submitted,

DATE: August 8, 2018                HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Linda C. Allison*
                                    LINDA C. ALLISON
                                    Assistant Federal Defender
                                    Attorney for Brock M. Dace


DATED: August 8, 2018               McGREGOR W. SCOTT
                                    United States Attorney

                                    */s/ Eric Chang*
                                    Eric Chang
                                    Special Assistant United States Attorney
                                    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance.

It is further ordered the August 16, 2018 status conference shall be continued until October 18, 2018 at 9:30 a.m. before Judge Delaney.

Dated: August 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Continue Status Conference