| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | REBECCA GENONI |
| | Certified Student Attorney |
| 4 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 5 | Sacramento, CA 95814 |
| 6 | Attorney for Defendant |
| | BROCK M. DACE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-PO-00022-CKD |
| | ) | |
| Plaintiff, | ) | REQUEST FOR RULE 43 WAIVER FOR |
| | ) | STATUS CONFERENCE; PROPOSED ORDER |
| vs. | ) | |
| | ) | Date: January 17, 2019 |
| BROCK M. DACE, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Brock M. Dace, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally for his upcoming status conference, and when any other action is taken by the court before or after trial, specifically, appearances for any status hearings regarding scheduling matters.

Mr. Dace agrees that his interests shall be represented at all times by the presence of his attorney, Linda C. Allison, from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Dace were personally present. This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence. Mr. Dace is charged with violating 18 USC § 113, Assault, a petty offense.

Mr. Dace resides in Quincy, Illinois, where he has familial support and is currently undergoing mental health treatment. It would be a serious hardship financially for Mr. Dace to

-1-

travel to Sacramento.

Dated: January 8, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ LINDA C. ALLISON*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
Brock M. Dace

I consent to the above.

Dated: January 8, 2019

/s/ *BROCK M. DACE*
BROCK M. DACE
Defendant

## ORDER

For good cause appearing, the Court grants the Defendant's request for waiver of his personal appearance in this matter.

IT IS SO ORDERED.

Dated: January 10, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE